No. 01–5462.  COCKERHAM v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–5502.  JOHNSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–5510.  SANCHEZ v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 01–5910.  OLIVIER v. LOUISIANA.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 01–5955.  EMBREY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–6011.  PAWLYK v. LAMBERT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 01–6024.  MITCHELL v. HARRAH'S CASINO.  C. A. 8th Cir.  Certiorari denied.

No. 01–6108.  MILLS v. BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 1st Cir.  Certiorari denied.

No. 01–6127.  CARTER v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–6225.  GRAY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–6263.  UPSHAW v. UNITED STATES; and
No. 01–6466.  HARRIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 264 F. 3d 1144.

No. 01–6274.  BROWN v. JONES, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–6283.  KIMES v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–6421.  JORDAN v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.